UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HAJJI Y. MCREYNOLDS,                    Case No. 23-CV-2712 (PJS/DTS)

    Petitioner,

v.                                                          ORDER

DAWANNA S. WITT, Sheriff,

    Respondent.

Hajji Y. McReynolds, pro se.

This matter is before the Court on petitioner Hajji Y. McReynolds's objection to the September 19, 2023, Report and Recommendation ("R&R") of Magistrate Judge David T. Schultz. Judge Schultz recommends dismissing McReynolds's habeas petition. After conducting a de novo review, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), the Court overrules the objection and adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

    1.    Petitioner's objection [ECF No. 6] is OVERRULED.

    2.    The Report and Recommendation [ECF No. 3] is ADOPTED.

    3.    The habeas petition [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

4. No certificate of appealability shall be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 5, 2023                                s/Patrick J. Schiltz
                                                                      Patrick J. Schiltz, Chief Judge
                                                                      United States District Court